UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jessica Ann McKee, <br><br> Plaintiff, <br><br> v. <br><br> Jessica J. Brady, in her individual as well as her official capacity as a nurse at the Steele County Detention Center, Advanced Correctional Healthcare, Inc., and Steele County, Minnesota, <br><br> Defendants. | Civil No. 23-1684 (DWF/ECW) <br><br><br> **ORDER FOR DISMISSAL WITH PREJUDICE AS TO ADVANCED CORRECTIONAL HEALTHCARE, INC. ONLY** |

Based upon the Stipulation for Dismissal with Prejudice filed by the parties on October 10, 2023 (Doc. No. [15]),

**IT IS HEREBY ORDERED** that Plaintiff's claims against Defendant Advanced Correctional Healthcare, Inc. ONLY, are hereby **DISMISSED WITH PREJUDICE** and on the merits, without costs, disbursements or attorneys' fees to either party and that a judgment of dismissal with prejudice of Advanced Correctional Healthcare, Inc. shall be entered without further notice.

Dated:  October 12, 2023           s/Donovan W. Frank
                                   DONOVAN W. FRANK
                                   United States District Judge